```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDDIE MOISE,

                    Petitioner,

      - against -

LEROY FIELDS, *Superintendent*
*Fishkill Correctional Facility*,

                    Respondent.
-----------------------------------------------------------------X

19-CV-11964 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On December 9, 2021, the Court entered an order requiring Respondent to answer the petition by February 8, 2021. (Dkt. 15.) No answer has been filed and Respondent has not appeared. Accordingly, Respondent shall appear and file an answer by March 26, 2021. The Clerk of Court is requested to send a copy of this order and another copy of Dkt. 15 by certified mail to the District Attorney of Manhattan, One Hogan Place, New York, NY 10013.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record and mailed to pro se Plaintiff at

      Eddie Moise, 11-A-2900
      Fishkill Correctional Facility, Box 1245
      Beacon, NY 12508

1