USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDDIE MOISE,

                      Petitioner,

        - against -

LEROY FIELDS, *Superintendent*
*Fishkill Correctional Facility*,

                      Respondent.
-----------------------------------------------------------X

19-CV-11964 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Court is in receipt of Petitioner's letter dated April 1, 2021 asking the Court to rule on the petition. The Court will rule on the petition in due course pursuant to the schedule set forth on March 29, 2021. (Dkt. 20). As noted in that scheduling order, Defendant had not previously been served, and accordingly shall be given an opportunity to respond.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2021
       New York, New York

Copies transmitted this date to all counsel of record and mailed to pro se Plaintiff at

       Eddie Moise, 11-A-2900
       Fishkill Correctional Facility, Box 1245
       Beacon, NY 12508