USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDDIE MOISE,

                Petitioner,

     - against -

LEROY FIELDS, *Superintendent*
*Fishkill Correctional Facility*,

                Respondent.
-------------------------------------------------------------X

19-CV-11964 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter received June 2, 2021 (Dkt. 30), which states Plaintiff's opposition to "any extension or 45 day periods." The Court will take Plaintiff's concerns into account. However, no request for an extension is currently pending. The deadline for Plaintiff to respond to Defendants' motion to dismiss remains June 28, 2021 as set forth in the Court's order at Dkt. 29; and Defendants' reply, if any, remains due July 19, 2021.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to pro se Petitioner at:

     Eddie Moise, 11-A-2900
     Fishkill Correctional Facility, Box 1245
     Beacon, NY 12508

1