**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDDIE MOISE,

                     Petitioner,

    -against-                                    19 CIVIL 11964 (VSB)(RWL)

**JUDGMENT**

LEROY FIELDS, Superintendent of Fishkill
Correctional Facility,

                     Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 29, 2021, the Court finds that the arguments made by Petitioner in his objections to Magistrate Judge Lehrburger's Report do not demonstrate clear error. The Court also finds no clear error with regard to the portions of the Report to which no objections were made. Therefore, the well-reasoned Report and Recommendation is ADOPTED in its entirety. Respondents motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       December 29, 2021

                                                             **RUBY J. KRAJICK**

                                                               Clerk of Court

                                    BY:

                                                                Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021