UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EDDIE MOISE, :
:
Petitioner, :
: 19-CV-11964 (VSB)
-v- :
: **ORDER**
:
LEROY FIELDS, Superintendent of Fishkill :
Correctional Facility, :
:
Respondent. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of my December 29, 2021 Opinion & Order adopting Magistrate Judge Robert Lehrburger's Report and Recommendation, (Doc. 47), in its entirety and denying the petition for a writ of habeas corpus, (Doc. 46), and because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c).

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Petitioner.

SO ORDERED.

Dated: February 3, 2022
New York, New York

Vernon S. Broderick
United States District Judge